UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRYAN CARY,

          Plaintiff,                              Case No. 1:22-cv-10349

v.                                                     Honorable Thomas L. Ludington
                                                           United States District Judge

KIM FARRIS,

                                                            Honorable Patricia T. Morris
         Defendant.                             United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

On November 14, 2022, Magistrate Judge Patricia T. Morris issued a Report and Recommendation (R&R) recommending that the undersigned deny Plaintiff's motion for summary judgment with prejudice. ECF No. 33 at PageID.164.

The R&R states that the parties could object to and seek review of the R&R within 14 days of service. But neither party objected. Therefore, they have waived their right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 33, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 24, is **DENIED WITHOUT PREJUDICE**.

**This is not a final order and does not close the above-captioned case**.

Dated: December 5, 2022                                s/Thomas L. Ludington
                                                                    THOMAS L. LUDINGTON
                                                                    United States District Judge